NDFL Prob 35  
(1/92)

Report and Order Terminating  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Docket No. 1:02CR06-001

CRAIG LYCAN

On August 1, 2003, Craig Lycan began serving a supervised release period of four (4) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Craig lycan be discharged from Probation.

Respectfully submitted,

/s/

Edward A. Emery  
Senior U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 24TH day of February, 20 06.

Maurice m. Paul  
Senior United States District Judge